UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JEREMY MARCUS,

        Plaintiff,

v.                                                CASE NO.

ASSET ACCEPTANCE, LLC, a Foreign
Limited Liability Company,

        Defendant.
_____/

## COMPLAINT

COMES NOW Plaintiff, JEREMY MARCUS, by and through his undersigned counsel, and sues Defendant, ASSET ACCEPTANCE, LLC, a foreign limited liability company, and alleges as follows:

### INTRODUCTION

1. Plaintiff alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

### JURISDICTION & VENUE

2. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 15 U.S.C. § 1692k. Venue in this District is proper because Defendant mailed letters into this District.

### PARTIES

3. Plaintiff is a natural person who resides in Palm Beach County, State of Florida, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3), and/or a person with standing to bring a claim under the FDCPA by virtue of being directly affected by violations of the Act.

4. Defendant is a foreign limited liability company who transacts business in the State of Florida. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of consumer debts.

5. Defendant regularly collects or attempts to collect debts for other parties. They are a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

6. At all times material to the allegations of this Complaint, Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## ALLEGATIONS

7. Prior to January 1, 2013, Plaintiff retained the law firm of Buttermore & Associates to represent him with regard to a disputed debt arising from a credit card, an account on which the Defendant was attempting to collect.

8. On or about January 31, 2013, Plaintiff's counsel mailed Defendant a letter informing Defendant that Plaintiff was represented by Buttermore & Associates regarding the collection of the subject credit card debt. Defendant was informed that all communications regarding the subject debt were to be directed to Plaintiff's counsel. The letter provided the mailing address and phone number for Buttermore & Associates. Attached as Exhibit "A" is a copy of same.

9. Despite knowledge of Plaintiff's representation by counsel on the credit card debt, Defendant made further attempts to collect this debt by mailing collection letters directly addressing Plaintiff. A collection letter from Defendant dated August 6, 2013, is attached hereto as Exhibit "B". A second collection letter from Defendant dated September 4, 2013, is attached hereto as Exhibit "C". A third collection letter from Defendant dated November 8, 2013 is attached hereto as Exhibit "D".

10. Any potential *bona fide* error defense which relies upon Defendant's mistaken interpretation of the legal duties imposed upon them by the FDCPA would fail as a matter of

law. *Jerman v. Carlisle, McNellie, Rini, Kramer & Ulrich, L.P.A.*, 130 S.Ct. 1605 (U.S. April 21, 2010).

11. Where debt collection notices are sent to the debtor, albeit at the attorney's address, and their text is plainly addressed to the debtor and not to the attorney, the Fair Debt Collection Practices Act is implicated. See, *Rosario v. American Corrective Counseling Services, Inc.*, 2001 WL 1045585 (M.D. Fla. Aug. 27, 2001).

## COUNT I

12. Plaintiff repeats, realleges, and incorporates by reference paragraphs 1 through 11.

13. The alleged debt incurred by Plaintiff was for personal, family or household purposes, and a "debt" as defined under 15 U.S.C. § 1692a(5).

14. As more particularly described above, Defendant, through its agents, representatives and/or employees acting within the scope of their authority, has violated the FDCPA in that Defendant contacted Plaintiff in an attempt to collect a debt after Defendant knew that Plaintiff was represented by counsel, and had knowledge of counsel's name and address, in contravention of 15 U.S.C. § 1692c(a)(2).

15. As a result of the above violation of the FDCPA, pursuant to 15 U.S.C. § 1692k, Plaintiff is entitled to recovery for statutory damages, as well as an award of reasonable attorney's fees and court costs.

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for statutory damages of $1,000.00, along with costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k, and for such other and further relief as justice may require.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury.

Dated this 14th day of November, 2013

        BERGÉS LAW GROUP, P.A.
        *Attorneys for Plaintiff*
        1451 W. Cypress Creek Road, Ste. 211
        Ft. Lauderdale, FL 33309
        Telephone:   (954) 278-3372
        Facsimile:    (954) 343-6523

By: s/Otto E. Bergés
    Otto E. Bergés, Esq.
    Florida Bar No. 193380

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF  Florida           )
                            ) ss
COUNTY OF  Broward          )

Plaintiff  Jeremy Marcus, having first been duly sworn and upon oath, deposes and states as follows:

1. I am a Plaintiff in this civil proceeding.
2. I am over eighteen years of age and otherwise *sui juris*.
3. I have read the above-titled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information, and belief formed after reasonable inquiry.
4. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
5. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
6. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.
7. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
8. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

_____
                                Plaintiff

Subscribed and sworn to before me
this  14  day of  NOVEMBER , 2013.


_____  James H. Hipps
Notary Public



JAMES H. HIPPS
MY COMMISSION # EE 174854
EXPIRES: April 13, 2016
Bonded Thru Budget Notary Services

BUTTERMORE & ASSOCIATES P.A.
2201 North Andrews Ave, Suite 105
Pompano Beach, FL 33069

Exhibit "A"

# BUTTERMORE & ASSOCIATES P.A.
## ATTORNEYS AND COUNSELORS AT LAW

01/31/2013

*Via First Class Mail*

TO: ASSET ACCEPTANCE
Attn: Billing Disputes
PO BOX 2036
WARREN, MI 48090

RE: BANKRUPTCY ACT

Client Name: JEREMY MARCUS

Account #: ▓▓▓▓▓▓▓▓

Dear [ ASSET ACCEPTANCE ]:

This firm represents the above client with regards to the above receivable. My client is investigating the availability of credit counseling pursuant to the bankruptcy act. In the event that my client qualifies for bankruptcy please identify the address wherein the automatic stay should be sent.

This account was disputed with the original creditor. In addition to providing me with validation of the debt pursuant to Federal and State law (if applicable), please confirm that the original creditor did not disclose that the account was disputed.

The nature of a credit card account is contractual. Therefore, in order to satisfy your obligations of verification (validation) please provide me with the executed contract, complete copy of the account beginning with a $0.00 balance and ending in the balance that is allegedly due.

In addition, a review of the documents filed with the Securities and Exchange Commission indicates that this receivable has been assigned to a third party. If this is the case please provide me with proof that the receivable has been "re-assigned" pursuant to the Trust Agreement and the applicable Pooling and Servicing Agreement.

My client demands that all communications cease and that any future communications be in writing and directed to my **Florida offices**.

Kind Regards,
Chris Buttermore Esq.

Please respond to Florida Law Offices

2201 North Andrews Ave. Suite 105. Pompano Beach FL 33069 Phone:954-692-1354 Fax: 561-246-3019

# Asset Acceptance, LLC

Toll Free (866) 643-1412 Ext. 7576
PO Box 2036
Warren, MI 48090-2036

Exhibit "B"

Re: ▓▓▓▓▓▓▓
Original Creditor Acct #: XXXXXXXXXXX▓
**Asset Acceptance, LLC Acct #:** ▓▓▓▓▓▓
Current Balance: $6004.25
Settlement Amount: $3302.34
Expiration Date: August 31, 2013

**45% DISCOUNT!!**
**SEE BELOW FOR DETAILS**

### DEBT SETTLEMENT OPPORTUNITY!

Dear Jeremy L Marcus:

Would you like to eliminate this debt and stop the collection activities associated with it? Then accept our offer of 45% off your current balance of $6004.25 to settle your account by August 31, 2013 !

### TO ACCEPT THIS OFFER YOU NEED ONLY TAKE ONE OF THE FOLLOWING ACTIONS:

- Call Jennifer Wilson toll-free at (866) 643-1412 ext. 7576 today to discuss the offer details and set-up your payment arrangement.
- Go online to www.aallc.solvemydebt.com using your debit card, credit card, or checking account. Your Login ID is your Asset Acceptance, LLC Acct#: ▓▓▓▓▓▓ Enter the last 4 digits of your Social Security Number for your password.
- Mail a check or money order made payable to Asset Acceptance, LLC using the remittance coupon below and the enclosed return envelope.

### BENEFITS OF ACCEPTING THIS OFFER

- A zero balance on your Bank Of America account with us.
- A paid account letter upon request.

It may be possible to extend the deadline under certain circumstances. The settlement offer outlined in this letter is guaranteed through the above referenced date. After this date, we reserve the right to modify the settlement offer, or revoke it entirely. We are not obligated to renew this offer.

This offer is void if a previous settlement has been arranged.

Please note that the Current Balance was calculated on August 1, 2013 and may vary due to payments and/or accrual of interest after that date.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

Jennifer Wilson
(866) 643-1412 ext. 7576
A debt collector and representative of Asset Acceptance, LLC

Federal law prohibits certain methods of debt collection, and requires that we treat you fairly. You can stop us from contacting you by writing a letter to us that tells us to stop the contact or that you refuse to pay the debt. Sending such a letter does not make the debt go away if you owe it. Once we receive your letter, we may not contact you again, except to let you know that there won't be any more contact or that we intend to take a specific action.

If you have a complaint about the way we are collecting this debt, please write to us at PO Box 1658, Warren, MI 48090-1658, email us at consumercomplaints@assetacceptance.com, or call us toll-free at (877) 208-5809 between 9:00 am and 5:00 pm Eastern Standard Time, Monday - Friday.

The Federal Trade Commission enforces the Fair Debt Collection Practices Act (FDCPA). If you have a complaint about the way we are collecting your debt, please contact the FTC online at www.ftc.gov; by phone at 1-877-FTC-HELP; or by mail at 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.

127CSASSE09OS_5094MI

***Detach Lower Portion and Return with Payment***

Asset Acceptance, LLC Acct # ▓▓▓▓▓▓
Current Balance: $6004.25
Settlement Amount: $3302.34
Expiration Date: August 31, 2013


PO Box 2039
Warren MI 48090-2039
ADDRESS SERVICE REQUESTED

August 6, 2013

ASSET ACCEPTANCE, LLC
PO Box 2036
Warren MI 48090-2036

12-3198458-OS_5094    106296028

Jeremy L Marcus
2201 N Andrews Ave Ste 105
Pompano Beach FL 33069-1425

**Asset Acceptance, LLC**
Toll Free (866) 643-1412 Ext. 7576
PO Box 2036
Warren, MI 48090-2036

Exhibit "C"

Re: ▇▇▇▇▇▇▇
Original Creditor Acct #: XXXXXXXXXXX▇
**Asset Acceptance, LLC Acct #:** ▇▇▇
Current Balance: $6004.25
Settlement Amount: $3302.34
Expiration Date: September 30, 2013

**45% DISCOUNT!!**
**SEE BELOW FOR DETAILS**

### DEBT SETTLEMENT OPPORTUNITY!

Dear Jeremy L Marcus:

Would you like to eliminate this debt and stop the collection activities associated with it? Then accept our offer of 45% off your current balance of $6004.25 to settle your account by September 30, 2013 !

**TO ACCEPT THIS OFFER YOU NEED ONLY TAKE ONE OF THE FOLLOWING ACTIONS:**

- Call Jennifer Wilson toll-free at (866) 643-1412 ext. 7576 today to discuss the offer details and set-up your payment arrangement.
- Go online to www.aallc.solvemydebt.com using your debit card, credit card, or checking account. Your Login ID is your Asset Acceptance, LLC Acct# ▇▇▇ Enter the last 4 digits of your Social Security Number for your password.
- Mail a check or money order made payable to Asset Acceptance, LLC using the remittance coupon below and the enclosed return envelope.

**BENEFITS OF ACCEPTING THIS OFFER**

- A zero balance on your Bank Of America account with us.
- A paid account letter upon request.

It may be possible to extend the deadline under certain circumstances. The settlement offer outlined in this letter is guaranteed through the above referenced date. After this date, we reserve the right to modify the settlement offer, or revoke it entirely. We are not obligated to renew this offer.

This offer is void if a previous settlement has been arranged.

Please note that the Current Balance was calculated on September 2, 2013 and may vary due to payments and/or accrual of interest after that date.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

Jennifer Wilson
(866) 643-1412 ext. 7576
A debt collector and representative of Asset Acceptance, LLC

*Federal law prohibits certain methods of debt collection, and requires that we treat you fairly. You can stop us from contacting you by writing a letter to us that tells us to stop the contact or that you refuse to pay the debt. Sending such a letter does not make the debt go away if you owe it. Once we receive your letter, we may not contact you again, except to let you know that there won't be any more contact or that we intend to take a specific action.*

*If you have a complaint about the way we are collecting this debt, please write to us at PO Box 1658, Warren, MI 48090-1658, email us at consumercomplaints@assetacceptance.com, or call us toll-free at (877) 208-5809 between 9:00 am and 5:00 pm Eastern Standard Time, Monday - Friday.*

*The Federal Trade Commission enforces the Fair Debt Collection Practices Act (FDCPA). If you have a complaint about the way we are collecting your debt, please contact the FTC online at www.ftc.gov; by phone at 1-877-FTC-HELP; or by mail at 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.*

127CSASSE09OS_5094MI

***Detach Lower Portion and Return with Payment***

Asset Acceptance, LLC Acct #: ▇▇▇
Current Balance: $6004.25
Settlement Amount: $3302.34
Expiration Date: September 30, 2013

PO Box 2039
Warren MI 48090-2039
ADDRESS SERVICE REQUESTED

September 4, 2013

12-3198458-OS_5094    126504780

Jeremy L Marcus
2201 N Andrews Ave Ste 105
Pompano Beach FL 33069-1425

ASSET ACCEPTANCE, LLC
PO Box 2036
Warren MI 48090-2036



Toll Free (866) 643-1412
PO Box 2036
Warren, MI 48090-2036

Exhibit "D"

Re: ▮▮▮▮▮▮▮▮
Original Creditor Acct #: XXXXXXXXXXX▮
**Asset Acceptance, LLC Acct #:** ▮▮▮▮▮▮
Current Balance: $6004.25
Settlement Amount: $3302.34
Expiration Date: November 30, 2013

**45% DISCOUNT!!
SEE BELOW FOR DETAILS**

### DEBT SETTLEMENT OPPORTUNITY!

Dear Jeremy L Marcus,
Would you like to eliminate this debt and stop the collection activities associated with it? Then accept our offer of 45% off your current balance of $6004.25 to settle your account by November 30, 2013 !

### TO ACCEPT THIS OFFER YOU NEED ONLY TAKE ONE OF THE FOLLOWING ACTIONS:

- Call Jennifer Wilson toll-free at (866) 643-1412 ext. 7576 today to discuss the offer details and set-up your payment arrangement.
- Go online to www.aallc.solvemydebt.com using your debit card, credit card, or checking account. Your Login ID is your Asset Acceptance, LLC Acct#: ▮▮▮▮▮▮. Enter the last 4 digits of your Social Security Number for your password.
- Mail a check or money order made payable to Asset Acceptance, LLC using the remittance coupon below and the enclosed return envelope.

### BENEFITS OF ACCEPTING THIS OFFER

- A zero balance on your Bank Of America account with us.
- A paid account letter upon request.

It may be possible to extend the deadline under certain circumstances. The settlement offer outlined in this letter is guaranteed through the above referenced date. After this date, we reserve the right to modify the settlement offer, or revoke it entirely. We are not obligated to renew this offer.

This offer is void if a previous settlement has been arranged.

Please note that the Current Balance was calculated on November 2, 2013 and may vary due to payments and/or accrual of interest after that date.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

Jennifer Wilson
(866) 643-1412 ext. 7576
A debt collector and representative of Asset Acceptance, LLC

Federal law prohibits certain methods of debt collection, and requires that we treat you fairly. You can stop us from contacting you by writing a letter to us that tells us to stop the contact or that you refuse to pay the debt. Sending such a letter does not make the debt go away if you owe it. Once we receive your letter, we may not contact you again, except to let you know that there won't be any more contact or that we intend to take a specific action.

If you have a complaint about the way we are collecting this debt, please write to us at PO Box 1658, Warren, MI 48090-1658, email us at consumercomplaints@assetacceptance.com, or call us toll-free at (877) 208-5809 between 9:00 am and 5:00 pm Eastern Standard Time, Monday - Friday.

The Federal Trade Commission enforces the Fair Debt Collection Practices Act (FDCPA). If you have a complaint about the way we are collecting your debt, please contact the FTC online at www.ftc.gov; by phone at 1-877-FTC-HELP; or by mail at 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.

127CSASSE09OS_5094MI

***Detach Lower Portion and Return with Payment***

Asset Acceptance, LLC Acct #: ▮▮▮▮▮
Current Balance: $6004.25
Settlement Amount: $3302.34
Expiration Date: November 30, 2013

PO Box 2039
Warren MI 48090-2039
ADDRESS SERVICE REQUESTED

November 8, 2013

OS_5094    173425317

ASSET ACCEPTANCE, LLC
PO Box 2036
Warren MI 48090-2036

Jeremy L Marcus
2201 N Andrews Ave Ste 105
Pompano Beach FL 33069-1425